# EXHIBIT 3

# EXHIBIT 3

| | |
|---|---|
| THE O'MARA LAW FIRM, P.C. <br> DAVID C. OMARA <br> (Nevada Bar No. 8599) <br> 311 East Liberty Street <br> Reno, NV 89501 <br> P: (775) 323-1321 <br> F: (775) 323-4082 <br> E: david@omaralaw.net | THE DIGUISEPPE LAW FIRM, P.C. <br> RAYMOND M. DIGUISEPPE* <br> 4320 Southport-Supply Road <br> Suite 300 <br> Southport, NC 28461 <br> P: 910-713-8804 <br> E: law.rmd@gmail.com |

FIREARMS POLICY COALITION
ADAM KRAUT*
WILLIAM SACK*
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 596-3492
E: akraut@fpclaw.org
E: wsack@fpclaw.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*, <br><br> Defendants. | Case No.: 3:21-cv-00268 |

**DECLARATION OF ROGER PALMER**

I, Roger Palmer, am competent to state and declare the following based on my personal knowledge:

1. I am a resident of Clark County, Nevada.

2. I am a responsible, peaceable citizen not disqualified from exercising my right to possess firearms and ammunition.

3. I hold a Nevada Concealed Carry Permit.

4. I am a retired law enforcement officer who has also served as a firearms instructor, concealed carry instructor, and a state security guard instructor.

5. I am currently a full-time private investigator.

6. I am not a licensed firearms manufacturer, importer, or dealer.

- 1 -

7. I am a member of Plaintiff FPC.

8. I own and possess multiple unserialized firearms, both handguns and rifles, that I previously self-manufactured lawfully with unserialized component parts, including Polymer80 NFOs.

9. I also own and possesses multiple uncompleted NFOs and firearm building kits, which I lawfully acquired before enactment of the Ban.

10. My lawfully self-manufactured, unserialized firearms are of a type commonly possessed by law-abiding citizens for lawful purposes today; specifically, handguns manufactured with Polymer80 kits and AR-15 rifles manufactured with precursor NFOs. The unserialized NFOs are also commonly possessed by law-abiding citizens in the exercise of their right to self-manufacture such firearms for self-defense and other lawful purposes.

11. It is my understanding that I am mandated to dispossess myself of the unserialized NFOs, and to dispossess myself of the unserialized firearms I self-built (or render them "permanently inoperable") by January 1, 2022, or face criminal prosecution under Sections 3 and 5 of AB 286.

12. I desire to continue to own and possess my lawfully self-manufactured unserialized firearms and NFOs for self-defense and other lawful purposes, and not sell or otherwise dispose of them, but I fear criminal sanction in light of the statutorily mandated dispossession and general bans established under Nevada's Ban.

13. I also desire to acquire additional NFOs commonly used in the self-manufacturing of firearms for self-defense and other lawful purposes, including those that fall within the definition of "unfinished frames or receivers" under Nevada's Ban, and I desire to self-manufacture additional operable firearms for self-defense and other lawful purposes. However, I am currently prohibited from purchasing or otherwise acquiring any such NFOs under the Ban, I am currently prohibited from self-manufacturing any operable unserialized firearms under Section 4, and I am prohibited from ever again possessing, purchasing, transporting, or receiving any such firearms or NFOs any time on or after January 1, 2022.

14. Based on the threat of criminal prosecution by and through Nevada's Ban that

Defendants are actively enforcing and will continue to enforce, I am and have been prevented from acquiring, possessing, transporting, or receiving NFOs, and from self-manufacturing any additional operable firearms from NFOs, for self-defense and other lawful purposes.

  I, Roger Palmer, verify that I am a Plaintiff named in this action and declare under penalty of perjury, all the information herein is true and correct to the best of my information, knowledge, and belief.

Dated: 6/17/2021

By: _____
   ROGER PALMER
   *Plaintiff*