MARK B. JACKSON
Douglas County District Attorney
Zachary J. Wadlé
Deputy District Attorney
Nevada Bar No. 8711
1038 Buckeye Road
P.O. Box 218
Minden, Nevada 89423
Tel: 775-782-9803
Fax: 775-783-6490

*Attorneys for Defendants*
*Mark Jackson, District Attorney of Douglas County, Nevada, and*
*Daniel Coverley, Sheriff of Douglas County, Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*,<br><br>Defendants. | Case No.: 3:21-cv-00268-MMD-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br>**[FIRST REQUEST]** |

Defendants, Mark B. Jackson, Douglas County District Attorney, and Daniel Coverley, Douglas County Sheriff, (collectively the "Douglas County Defendants") and Plaintiffs, Roger Palmer, *et. al.* (collectively "Plaintiffs"), by and through their undersigned attorneys of record, hereby stipulate to extend the time for the Douglas County Defendants to file their response to Plaintiffs' complaint to the date 14 days after this Court issues a final order on Plaintiffs' pending Motion for Preliminary Injunction (Doc. No. 6).

This is the first stipulation between the Douglas County Defendants and Plaintiffs to extend the time to file a response to Plaintiffs' complaint. The Douglas County Defendants were personally served with Plaintiffs' complaint on June 16, 2021. The parties are currently discussing a possible voluntary

1

dismissal of the Douglas County Defendants from this litigation, subject to certain terms or conditions, and resolution of the preliminary injunction proceedings may bear on the discussions.

| | |
|---|---|
| Dated this 1st day of July, 2021 | Dated this 1st day of July, 2021 |
| MARK B. JACKSON, Douglas County District Attorney | THE O'MARA LAW FIRM, P.C. |
| By:   /s/                       <br>Zachary J. Wadlé<br>1038 Buckeye Road<br>PO Box 218<br>Minden, Nevada 89423<br>Tel: 775-782-9803<br>Fax: 775-783-6490<br>zwadle@douglas.nv.gov | By:   /s/                       <br>David C. O'Mara<br>311 East Liberty Street<br>Reno, Nevada 89501<br>Tel: 775-323-1321<br>Fax: 775-323-4082<br>david@omaralaw.net |
| *Attorneys for Defendants Mark B. Jackson, District Attorney of Douglas County, Nevada, and Daniel Coverley, Sheriff of Douglas County, Nevada* | *Attorneys for Plaintiffs Roger Palmer, et. al.* |

## ORDER

**IT IS SO ORDERED**

DATED this 1st day of July, 2021.

_William G. Cobb_____
U.S. MAGISTRATE JUDGE