MARK B. JACKSON
Douglas County District Attorney
Zachary J. Wadlé
Deputy District Attorney
Nevada Bar No. 8711
1038 Buckeye Road
P.O. Box 218
Minden, Nevada 89423
Tel: 775-782-9803
Fax: 775-783-6490

*Attorneys for Defendants*
*Daniel Coverley, Sheriff of Douglas County, Nevada*
*Mark Jackson, District Attorney of Douglas County, Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER, *et al.*,<br><br>                            Plaintiffs,<br><br>v.<br><br>STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*,<br><br>                            Defendants | Case No.: 3:21-cv-00268-MMD-WGC<br><br>**RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Defendants, Mark B. Jackson, Douglas County District Attorney, and Daniel Coverley, Douglas County Sheriff, (collectively "Douglas County Defendants") do not offer any arguments regarding Plaintiffs' Motion for Preliminary Injunction seeking to enjoin enforcement of Nevada State Assembly Bill Number 286 ("AB 286").

The Nevada State Legislature recently passed AB 286 during the 2021 legislative session. The Governor of Nevada signed AB 286 into law on or about June 7, 2021. Plaintiffs' complaint does not allege any involvement by the Douglas County Defendants in the passage of AB 286, and no involvement occurred. Plaintiffs' complaint does not allege any facts demonstrating active or

threatened law enforcement action by the Douglas County Defendants against Plaintiffs relating to AB 286, and no such action exists. There is no justiciable controversy between Plaintiffs and the Douglas County Defendants in this matter. Under these circumstances, the State government actors involved in the passage of AB 286 are obliged to argue the constitutionality of AB 286, not the Douglas County Defendants.

DATED this 2nd day of July, 2021.

MARK B. JACKSON
Douglas County District Attorney

By: /s/ Zachary Wadlé
Zachary J. Wadlé
1038 Buckeye Road
PO Box 218
Minden, Nevada 89423
Tel: 775-782-9803
Fax: 775-783-6490
zwadle@douglas.nv.gov

*Attorneys for Defendants*
*Daniel Coverley, Sheriff of Douglas County, Nevada*
*Mark Jackson, District Attorney of Douglas County, Nevada*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Douglas County District Attorney's Office, and that on this 2nd day of July, 2021, the foregoing **RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was served via the United States District Court CM/ECF system on all parties or persons requesting notice.

                                          /s/ Zachary Wadlé

**Douglas County District Attorney**
Post Office Box 218
Minden, Nevada 89423
(775) 782-9803 Fax (775) 783-6490