1

**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.

2
Nevada Bar No. 8996
10001 Park Run Drive

3
Las Vegas, Nevada 89145
Telephone: (702) 382-0711

4
Facsimile: (702) 382-5816
ncrosby@maclaw.com

5
*Attorneys for Defendant,*
*Joseph Lombardo*

6

7
**UNITED STATES DISTRICT COURT**

8
**DISTRICT OF NEVADA**

9
ROGER PALMER; CHAD MOXLEY;    Case Number:  3:21-cv-00268-MMD-WGC
and, FIREARMS POLICY COALITION,

10
INC.,

11
                                        Plaintiffs,

12
          vs.

13
STEPHEN SISOLAK, Governor of Nevada;
AARON FORD, Attorney General of

14
Nevada; GEORGE TOGLIATTI, Director of
the Nevada Department of Public Safety;

15
MINDY MCKAY, Administrator of the
Records, Communications and Compliance

16
Division of the Nevada Department of Public
Safety; JOSEPH LOMBARDO, Sheriff of

17
Clark County, Nevada; STEVEN
WOLFSON, District Attorney of Clark

18
County, Nevada; DANIEL COVERLEY,
Sheriff of Douglas County, Nevada; and

19
MARK JACKSON, District Attorney of
Douglas County, Nevada,

20
                                        Defendants.

21

22
**DEFENDANT JOSEPH LOMBARDO'S ANSWER TO PLAINTIFFS' COMPLAINT**

23
          Defendant Joseph Lombardo, Sheriff of Clark County, Nevada ("Lombardo), by and

24
through his attorneys of record, Nick D. Crosby, Esq., with the law firm of Marquis Aurbach

25
Coffing, hereby answer Plaintiffs' Complaint (ECF No. 1) as follows:

26
          / / /

27
          / / /

28
          / / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4392505_1 7/8/2021 1:27 PM

1.      In answering Paragraphs 14, 20, 21, 22, 23, 28, 54, 55, 56, 60, 61, 65, 67, 69 and 71 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained therein.

2.      In answering Paragraphs 4(a)–(d), 89, 108, 122, 142 and 160 of Plaintiffs' Complaint, Defendant Lombardo denies the allegations contained therein.

3.      In answering Paragraphs 7, 16, 17, 18, 19, 42, 47, 48, 49, 50, 52, 64, 75-84, 86, 87, 88, 91-107, 110-121, 126, 130, 144, 146, 147, 148, 151, 158 and 159 of Plaintiffs' Complaint, Defendant Lombardo is without sufficient knowledge or information to form an opinion as to the truth of the allegations and, therefore, denies the same.

4.      In answering Paragraphs 1, 3, 5, 8, 9, 11, 29, 30, 31, 32, 33, 34, 35, 38, 39, 40, 53, 57, 58, 59, 63, 66, 68, 70, 85, 124, 127, 128, 129, 131, 132, 133, 134, 135, 136, 137, 141, 149, 152, 153, 154, 155, 156 and 157 of Plaintiffs' Complain, the allegations seek a legal conclusion, rather than an admission or denial of facts.

5.      In answering Paragraphs 4(e), 10, 12, 13, 36, 37, 41, 43, 44, 45, 46, 51, 72, 125, 138, 139, 140 and 145 of Plaintiffs' Complaint, the allegations seek a legal conclusion, do not allege any facts and/or Defendant Lombardo is without sufficient knowledge or information to form an opinion as to the truth of the allegations and, therefore, denies the same.

6.      In answering Paragraphs 74, 90, 109, 123 and 143 of Plaintiffs' Complaint, Defendant Lombardo repeats and realleges each and every response thereto.

7.      In answering Paragraph 2 of Plaintiffs' Complaint, Defendant Lombardo admits Governor Sisolak signed AB 286, but the remaining allegations calls for a legal conclusion rather than an admission or denial of fact.

8.      In answering Paragraph 6 of Plaintiffs' Complaint, Defendant Lombardo admits some provisions of AB 286 took effect immediately, while others do not become effective until January 1, 2022, but is without sufficient information or knowledge to form an opinion as to the truth of the remaining allegations and, therefore, denies the same.

9.      In answering Paragraph 15 of Plaintiffs' Complaint, Defendant Lombardo denies Plaintiffs' constitutional rights were violated, but admits the remaining allegations.

MAC:14687-369 4392505_1 7/8/2021 1:27 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

10. In answering Paragraph 24 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained in the first two sentences of Paragraph 24, but it without sufficient knowledge or information to form an opinion as to the truth of the remaining allegations and, therefore, denies the same.

11. In answering Paragraph 25 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained in the first two sentences of Paragraph 25, but it without sufficient knowledge or information to form an opinion as to the truth of the remaining allegations and, therefore, denies the same.

12. In answering Paragraph 26 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained in the first two sentences of Paragraph 26, but it without sufficient knowledge or information to form an opinion as to the truth of the remaining allegations and, therefore, denies the same.

13. In answering Paragraph 27 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained in the first two sentences of Paragraph 27, but it without sufficient knowledge or information to form an opinion as to the truth of the remaining allegations and, therefore, denies the same.

14. In answering Paragraph 62 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained in the first and last sentence of Paragraph 62, but the remaining allegations seek a legal conclusion rather than an admission or denial of fact.

15. In answering Paragraph 73 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained therein, with the exception of the allegations in the last sentence which seek a legal conclusion rather than an admission or denial of fact.

16. In answering Paragraph 150 of Plaintiffs' Complaint, Defendant Lombardo admits the allegations contained in the first sentence, but is without sufficient information or knowledge to form an opinion as to the truth of the remaining allegations and, therefore, denies the same.

17. As to any remaining allegations not specifically responded to, Defendant Lombardo denies the same.

MAC:14687-369 4392505_1 7/8/2021 1:27 PM

**AFFIRMATIVE DEFENSES**

1.      Plaintiffs failed to state a claim upon which relief can be granted.

2.      There is no actual, judiciable controversy as it relates to this answering Defendant.

3.      Plaintiffs lack standing.

4.      Plaintiffs' claims are barred by the Tenth Amendment to the U.S. Constitution.

5.      Plaintiffs are unable to meet the legal requirements for the entry of declaratory and injunctive relief and therefore the Complaint should be dismissed.

6.      This Answering Defendant is entitled to qualified and/or discretionary immunity.

7.      This Answering Defendant did not personally participate in the alleged unconstitutional actions.

8.      Pursuant to NRCP 11, as amended, all possible affirmative defenses may not have been alleged herein, in so far as sufficient facts were not available after a reasonable inquiry upon the filing of Defendant Lombardo's Answer to Plaintiffs' Complaint; therefore, Defendant Lombardo reserves the right to amend his answer to allege additional affirmative defenses if subsequent investigations so warrant.

///
///
///
///
///
///
///
///
///
///
///
///

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4392505_1 7/8/2021 1:27 PM

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Lombardo prays for judgment against Plaintiffs as follows:

1. That Plaintiffs take nothing by way of their Complaint and that the same be dismissed with prejudice;

2. For an award of reasonable attorney fees and costs of suit; and

3. For any further relief as the Court deems to be just and proper.

Dated this 8th day of July, 2021.

MARQUIS AURBACH COFFING

By: ___/s/ Nick D. Crosby, Esq._____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant,*
*Joseph Lombardo*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4392505_1 7/8/2021 1:27 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT JOSEPH LOMBARDO'S ANSWER TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the ___ day of July, 2021.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

David C. O'Mara
The O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501
david@omaralaw.net

Raymond M. Diguiseppe, Esq. *(pro hac vice)*
The Diguiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

Adam Kraut, Esq. *(pro hac vice)*
William Sack, Esq. *(pro hac vice)*
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
akraut@fpclaw.org
wsack@fpclaw.org

*Attorneys for Plaintiffs*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4392505_1 7/8/2021 1:27 PM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Steve Shevorski, Esq
Jeffrey M. Conner, Esq.
Kiel B. Ireland, Esq.
Nevada Office of Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, NV  89101
sshevorski@ag.nv.gov
jcommer@ag.nv.gov
kireland@ag.nv.gov
*Attorneys for State Defendants*,
Stephen Sisolak, Aaron D. Ford,
George Togliatti, and Mindy McKay

Zachary J. Wadle. Esq.
Douglas County District Attorney's Office
1038 Buckeye Road
P.O. Box 218
Minden, NV  89423
*Attorneys for Douglas County Defendants*,
Daniel Coverley, Sheriff of Douglas County;
Mark Jackson, District Attorney of Douglas County

An employee of Marquis Aurbach Coffing

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4392505_1 7/8/2021 1:27 PM