THE O'MARA LAW FIRM, P.C.
DAVID C. OMARA
(Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
P: (775) 323-1321
F: (775) 323-4082
E: david@omaralaw.net

THE DIGUISEPPE LAW FIRM, P.C.
RAYMOND M. DIGUISEPPE*
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

FIREARMS POLICY COALITION
ADAM KRAUT*
WILLIAM SACK*
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 596-3492
E: akraut@fpclaw.org
E: wsack@fpclaw.org

*Admitted PHV

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER, *et al.*,<br><br>                    Plaintiffs,<br>     v.<br><br>STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*,<br><br>                    Defendants. | Case No.:  3:21-cv-00268-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE STATUS REPORT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, and Defendants, by and through their undersigned counsel, hereby submit this stipulation and proposed order extending the deadline to file a status report. This is the first Stipulation for Extension of time. The June 22, 2021, Minute Order (ECF No. 12) directed the parties in the above captioned matter to coordinate exhibits and witnesses and file a status report with the Court no later than 7 days prior to the Hearing on Plaintiffs' Motion for Preliminary Injunction, scheduled for July 16, 2021.  Accordingly, that Order set the due date for the filing of that status report for July 9, 2021, which is also the date for Plaintiff's reply brief.

The parties are seeking this short extension to allow them to circulate their exhibits and witness lists on Friday, July 9, 2021, and then have the weekend and Monday to review the parties briefing, list of exhibits and witnesses, and then have time to draft the status report for the Court in

advance of the hearing on Friday, July 16, 2021.

IT IS HEREBY STIPULATED AND AGREED that the Parties request the deadline for the Joint Status Report, currently due on July 9, 2021, be extended to July 13, 2021.

DATED: July 7, 2021.

| | |
|---|---|
| MARQUIS AURBACH COFFING | THE O'MARA LAW FIRM, P.C. |
| /s/ Nicholas D. Crosby | /s/ David C. O'Mara |
| Nicholas D. Crosby, Esq.<br>1001 Park Run Drive<br>Las Vegas, Nevada 89145 | David C. O'Mara, Esq.<br>311 E. Liberty Street<br>Reno, NV 89501 |
| *Counsel for Defendant Lombardo and Wolfson* | FIREARMS POLICY COALITION<br>Adam Kraut, Esq.<br>William Sack, Esq.<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | |
| /s/ Steven Shevorski | THE DIGUISEPPE LAW FIRM<br>Raymond M. DiGuiseppe<br>4320 Southport-Supply Road<br>Ste 300<br>Southport, NV 28461 |
| Steven Shevorski, Esq.,<br>555 E. Washington Street<br>Ste 3900<br>Las Vegas, Nevada 89101 | |
| *Attorneys for Defendants Sisolak, Ford, Togliatti and McKay* | *Attorneys for Plaintiffs* |
| DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE | |
| /s/ Zachary J. Wadle | |
| Zachary J. Wadle<br>1038 Buckeye Road<br>P.O. Box 218<br>Minden, Nevada 89423 | |
| *Attorney for Defendants Coverly and Jackson* | |

**ORDER**

IT IS SO ORDERED

DATED: July 8, 2021

_____
US DISTRICT JUDGE

- 2 -