# EXHIBIT 2

# Declaration of Joseph Ostini

# EXHIBIT 2

THE O'MARA LAW FIRM, P.C.
DAVID C. OMARA
(Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
P: (775) 323-1321
F: (775) 323-4082
E: david@omaralaw.net

THE DIGUISEPPE LAW FIRM, P.C.
RAYMOND M. DIGUISEPPE*
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

FIREARMS POLICY COALITION
ADAM KRAUT*
WILLIAM SACK*
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 596-3492
E: akraut@fpclaw.org
E: wsack@fpclaw.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 3:21-cv-00268<br><br>**DECLARATION OF JOSEPH OSTINI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge: Hon. Miranda Du**<br>**Date:　July 16, 2021**<br>**Time:　1:30 p.m.**<br>**Courtroom: 5** |

**DECLARATION OF JOSEPH OSTINI**

I, Joseph Ostini, declare as follows:

　　1.　I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts referred to in this declaration, and am competent to testify to the matters stated below.

　　2.　I am a licensed attorney in the state of California.

3. I have reviewed, and I am familiar with the various firearms definitions in the Nevada Revised Statutes, including those enacted under AB 286 (2021).

4. The self-manufacture of firearms has long been common practice throughout the United States, and the growing popularity of the practice is well documented. The popularity of non-firearm object items like "80%" AR-15 lower receivers and handgun receivers, including but not limited to Polymer80-type, has been increasing steadily over the last several years. The number of online merchants that I have documented selling these items illustrates this fact.

5. The Bureau of Alcohol Tobacco, Firearms and Explosives website itself directly states individuals may self-build their own firearms for personal use without any special license.[1]

6. According to one policy paper, "Currently, there are roughly 80 dealers in the US online market selling 80 percent lowers. Most of these websites are very straightforward and make purchasing the pieces quick and easy. In the past year, ghost gun purchases have grown drastically in popularity with over a dozen distributors reporting shipping delays since March 2020 because of overwhelming demand. The growth coincided with the beginning of pandemic lockdowns in the US, as well as a jump in firearm sales writ large."[2] These findings are consistent with my findings documented below, which indicate that there are a significant number of sellers of firearm precursor parts, and that that their popularity is at an all-time high.

---

[1] "Does an individual need a license to make a firearm for personal use?" 2020, https://www.atf.gov/firearms/qa/does-individual-need-license-make-firearm-personal-use.

[2] "Ghost Guns: A Haunting New Reality," Simmons, Nicholas, 2021, https://rockinst.org/wp-content/uploads/2021/04/210413-Ghost-Guns-web.pdf.

7. Everytown for Gun Safety, an organization that advocates for increased gun control, has reported having identified 80 online sellers of unfinished frames and/or receivers in its own assessment.[3]

8. From July 2, 2021, to July 7, 2021, I undertook the research of new commercially available firearm precursor components for sale within the United States.

9. This research was conducted by reviewing the websites of most readily identified major retailers of firearms components within the U.S. I identified 54 merchants in the U.S. that offered for sale unfinished AR-15 lower receivers, commonly referred to in the marketplace as "80%" lower receivers, and 25 merchants that offered for sale the Polymer80-type, or "80%", unfinished handgun receivers. The completed firearms that can be home-built using these components are the two most commonly self-manufactured firearms in the U.S. at present.

10. Attached as **Exhibit 1** is a true and correct copy of a table I authored, which lists the numerous retailers that offer for commercial sale precursor components, including the unfinished non-firearm object "80%" receivers from which individuals can home-build rifles and handguns. These unfinished receivers are categorically prohibited by the Nevada Statutes, but are freely available for sale throughout the vast majority of the United States. Exhibit 1 is supported by the listed web addresses illustrating the products available for sale. Based on normal market conditions, it stands to reason that the widespread commercial retail availability of firearm precursor parts mirrors the demand for such parts for self-manufacturing of firearms.

11. Individuals are also making their own firearm receivers and components from scratch utilizing a variety of manufacturing methods. Technological advances in equipment like CNC

---

[3] "Untraceable: The Rising Specter of Ghost Guns," 2020, https://everytownresearch.org/report/the-rising-specter-of-ghost-guns/.

3

machines and 3D printers—and decreases in equipment costs—have lowered the barriers to entry of their widespread use in self-manufacturing firearms.

12. In analyzing Nevada's self-manufacture prohibition, I have concluded that the statute effects a total, categorical ban on the possession all firearm precursor materials, as well as the self-building of all firearms for the average citizen, including those of types in widely popular, lawful common use. I have additionally concluded that, amongst the handful of outlier states that have elected to regulate related conduct, Nevada's statute represents the broadest and most far-reaching prohibition on the self-building of firearms and possession of their precursor parts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed within the United States on July 9, 2021.

*Joseph Ostini*
Joseph Ostini

# EXHIBIT 1

| EXHIBIT 1 NON-FIREARM OBJECT / PREDECESSOR ITEM SURVEY |||
|---|---|---|
| ITEM | MERCHANT | LINK TO PRODUCT |
| AR-15 "80%" Lower Receiver NFO | Right to Bear | https://www.righttobear.com/Polymer80-308-80-Lower-Receiver-Jig-OD-Green-p/p80-308kit-odgreen.htm?Click=64422 |
| AR-15 "80%" Lower Receiver NFO | Omega Tactical Distribution | https://www.omegamanufacturinginc.com/Special-Buy--Polymer80-AR-15-Lower-Receiver-Phoenix-Gen-2-80-with-Jig-and-bits_p_19469.html |
| AR-15 "80%" Lower Receiver NFO | Primary Arms | https://www.primaryarms.com/p80-g150-80-percent-lower-receiver-with-jig-system-kit-black?avad=211021_b22a755c1 |
| AR-15 "80%" Lower Receiver NFO | Durkin Tactical | https://www.durkintactical.com/product/5-56-80-lower-receiver-raw/ |
| AR-15 "80%" Lower Receiver NFO | OutdoorSports-USA | https://outdoorsportsusa.com/Cerakote-Sniper-Gray-AR-15-80-percent-Billet-Lower |
| AR-15 "80%" Lower Receiver NFO | Locked Loaded | https://lockedloaded.com/product/640901515984?gundeals |
| AR-15 "80%" Lower Receiver NFO | 22Mods4All | https://www.22mods4all.com/zaviar-firearms-ar-15-black-cerakote-mil-spec-80-lower-receiver/ |
| AR-15 "80%" Lower Receiver NFO | Guns 80 | https://guns80.com/HYBRID-80-COSMETIC-BLEMS-AR15-80-lower-and-Jig-p262092355 |
| AR-15 "80%" Lower Receiver NFO | AR Junkies | https://www.arjunkies.com/am-15-80-lower-upper-combo--raw-aluminum.html |
| AR-15 "80%" Lower Receiver NFO | Joe Bob Outfitters | https://www.joeboboutfitters.com/New-Frontier-Armory-80-AR-15-Billet-Lower-Receive-p/nfa-80percentlower.htm |
| AR-15 "80%" Lower Receiver NFO | Brownells | https://www.brownells.com/rifle-parts/receiver-parts/receivers/lower-receivers/brn-180m-lower-receiver-prod134121.aspx |
| AR-15 "80%" Lower Receiver NFO | GunStuff TV | https://gunstuff.tv/product/polymer80-p80rl556v3bl-ar-15-80-lower-receiver-kit-polymer-black/ |
| AR-15 "80%" Lower Receiver NFO | John's Militia Gear | https://www.johnsmilitiagear.com/products/polymer80-850283007612-3364 |
| AR-15 "80%" Lower Receiver NFO | BattleHawk Armory | https://battlehawkarmory.com/product/polymer80-p80rl556v3bl-ar-15-80-lower-receiver-kit-polymer-black |
| AR-15 "80%" Lower Receiver NFO | DR Gun Supply | https://www.drgunsupply.com/products/rifles-polymer80-p80rl556v3bl-850283007612-688 |
| AR-15 "80%" Lower Receiver NFO | GrabAGun.com | https://grabagun.com/p80-rl556v3-fde-rl556v3-ar15-lower-recv-kit-80.html |
| AR-15 "80%" Lower Receiver NFO | Smokin' Guns | https://www.mysmokinguns.com/products/accessories-polymer80-p80rl556v3bl-850283007612-3449 |
| AR-15 "80%" Lower Receiver NFO | Diamond District Firearms | https://www.diamonddistrictfirearms.com/products/rifles-polymer80-p80rl556v3bl-850283007612-4779 |

| | EXHIBIT 1 NON-FIREARM OBJECT / PREDECESSOR ITEM SURVEY | |
|---|---|---|
| **ITEM** | **MERCHANT** | **LINK TO PRODUCT** |
| AR-15 "80%" Lower Receiver NFO | Keely Arms | https://shop.keelyarms.com/products/rifles-polymer80-p80rl556v3bl-850283007612-3791 |
| AR-15 "80%" Lower Receiver NFO | Liberty Sport & Pawn | https://www.libertysportandpawn.net/products/rifles-polymer80-p80rl556v3bl-850283007612-4109 |
| AR-15 "80%" Lower Receiver NFO | Keely Arms | https://shop.keelyarms.com/products/rifles-polymer80-p80rl556v3bl-850283007612-3791 |
| AR-15 "80%" Lower Receiver NFO | Tin Star Shooting Range | https://www.tinstarshootingrange.com/products/rifles-polymer80-p80rl556v3bl-850283007612-707 |
| AR-15 "80%" Lower Receiver NFO | Liberty Arms | https://www.libertyarmstn.net/products/rifles-polymer80-p80rl556v3bl-850283007612-5161 |
| AR-15 "80%" Lower Receiver NFO | Cornerstone Arms | https://store.cornerstonearms.com/products/accessories-polymer80-p80rl556v3bl-850283007612-2530 |
| AR-15 "80%" Lower Receiver NFO | Hoosier Armory | https://www.hoosierarmory.com/products/accessories-polymer80-p80rl556v3bl-850283007612-480 |
| AR-15 "80%" Lower Receiver NFO | Houston Gun Store | https://www.houstongunstore.com/products/glock-polymer80-rl556v3bl-850283007612-rl556v3bl-4740 |
| AR-15 "80%" Lower Receiver NFO | Palmetto State Armory | https://palmettostatearmory.com/polymer-80-rl556v3-lower-receiver-kit-black-rl556v3bl.html?avad=211021_f22a7148d |
| AR-15 "80%" Lower Receiver NFO | TheGunDock.com | https://store.thegundock.com/product/80-lower-billet-raw |
| AR-15 "80%" Lower Receiver NFO | Pew Pew Guru | https://shop.pewpewguru.com/products/hunting-alex-pro-firearms-lp721-787790167754-3860 |
| AR-15 "80%" Lower Receiver NFO | Tomkat Armory | https://tomkatarmory.com/80-lower-ar-15-marines-logo |
| AR-15 "80%" Lower Receiver NFO | Ceratac | https://www.ceratac.com/Lower-Receiver-Cerakote-Blemished-p/lr-556-80-c-b.htm |
| AR-15 "80%" Lower Receiver NFO | Limitless America | https://limitlessamerica.com/noreen-firearms-80-ar15-billet-lower-receiver-andodized-black/ |
| AR-15 "80%" Lower Receiver NFO | Durkin Tactical | https://www.durkintactical.com/product/am-15-80-lower-receiver-anodize/ |
| AR-15 "80%" Lower Receiver NFO | Delta Team Tactical | https://gun.deals/product/mercury-precision-thebe-billet-ar-15-80-aluminum-lower-receiver-thin-cutouts-magwell-made-us |
| AR-15 "80%" Lower Receiver NFO | 3CR Tactical | https://3crtactical.com/product/80-ar-15-un-anodized-lower-receiver/ |
| AR-15 "80%" Lower Receiver NFO | Davidson Defense | https://davidsondefense.com/Mercury-Precision-Thebe-Billet-AR-15-80-Aluminum-Lower-Receiver--Thin-Cutouts-On-Magwell--Made-In-The-USA_p_10569.html |

| EXHIBIT 1 NON-FIREARM OBJECT / PREDECESSOR ITEM SURVEY | | |
|---|---|---|
| ITEM | MERCHANT | LINK TO PRODUCT |
| AR-15 "80%" Lower Receiver NFO | Black Aura Tactical | https://blackauratactical.com/80-lower-receiver/ |
| AR-15 "80%" Lower Receiver NFO | Omega Tactical Distribution | https://www.omegamanufacturinginc.com/Mercury-Precision-Thebe-Billet-AR-15-80-Aluminum-Lower-Receiver--Thin-Cutouts-On-Magwell--Made-In-The-USA-Gun-Deal-Exclusive_p_18807.html |
| AR-15 "80%" Lower Receiver NFO | Always Armed | https://alwaysarmed.com/always-armed-80-lower-receiver-black-anodized/?showHidden=true&_ga=2.130675724.201161145.1619008269-1725590213.1616422493 |
| AR-15 "80%" Lower Receiver NFO | Ghost Firearms | https://www.ghostrifles.com/ghost-firearms-80-lower-receiver-10-pack-black-anodized/?showHidden=true&_ga=2.208461712.389625947.1618834407-1693479043.1592491656 |
| AR-15 "80%" Lower Receiver NFO | Midway USA | https://www.midwayusa.com/product/1092916295905?utm_source=gundeals&utm_medium=shopping&utm_campaign=moderatorservice&?gd |
| AR-15 "80%" Lower Receiver NFO | Tactical R&R | https://www.tactical2r.com/Anderson-80-LOWER-RECEIVER-ANODIZED-p/d2-k067-c000.htm |
| AR-15 "80%" Lower Receiver NFO | Hinterland Outfitters | https://www.hinterlandoutfitters.com/308kit-warrhog-recv-p-76802.html |
| AR-15 "80%" Lower Receiver NFO | Tin Star Shooting Range | https://www.tinstarshootingrange.com/products/accessories-polymer80-p80308kitfde-850283007117-707 |
| AR-15 "80%" Lower Receiver NFO | Cornerstone Arms | https://store.cornerstonearms.com/products/accessories-polymer80-p80308kitfde-850283007117-2530 |
| AR-15 "80%" Lower Receiver NFO | Rainier Arms | https://www.rainierarms.com/james-madison-tactical-jmt-carbon-50-ar-15-80-lower-receiver-with-jig-black/ |
| AR-15 "80%" Lower Receiver NFO | Moriarti Armaments | https://moriartiarmaments.com/ar-9/ar-9-lowers/ar-9-9mm-80-anodized-lower-receiver-anodized-black-glock-style-mag-ar9lower |
| AR-15 "80%" Lower Receiver NFO | Adventure Survivalist | https://adventuresurvivalist.com/shop/ar-15-lower-parts/ar-15-skeleton-80-lower-receiver/ |
| AR-15 "80%" Lower Receiver NFO | Venom Defense and Design | https://venom-defense.com/ar-15-billet-80-lower-receiver-backordered-3-weeks/ |
| AR-15 "80%" Lower Receiver NFO | Wise Arms | https://shop.wisearms.com/wise-arms-billet-80-ar-15-lower-receiver-uncoated/ |
| AR-15 "80%" Lower Receiver NFO | Mid State Firearms | https://www.midstatefirearms.com/80-Machined-Lower-No-FFL-required-anodized-black-80LOWERBLACK.htm?categoryId=-1 |
| AR-15 "80%" Lower Receiver NFO | Project Defense Co. | https://projectdefensecompany.com/LR80-BIL?keyword=80%20 |
| AR-15 "80%" Lower Receiver NFO | Noreen Firearms | https://onlylongrange.com/noreen-billet-80-223-lower-receiver/ |
| AR-15 "80%" Lower Receiver NFO | Tactical Machining | https://www.tacticalmachining.com/80-lower-10-pack.html |

## EXHIBIT 1
## NON-FIREARM OBJECT / PREDECESSOR ITEM SURVEY

| ITEM | MERCHANT | LINK TO PRODUCT |
|---|---|---|
| AR-15 "80%" Lower Receiver NFO | Classic Firearms | https://www.classicfirearms.com/anderson-ar-15-80-percent-lower-anodized-no-ffl-required/ |
| Handgun "80%" Lower Receiver NFO | Omaha Outdoors | https://www.omahaoutdoors.com/polymer-80-pf940v2-frame-jig/?attribute_pa_color=black |
| Handgun "80%" Lower Receiver NFO | Brownells | https://www.brownells.com/handgun-parts/frame-parts/frames/80-pf940v2-frame-black-textured-sku100025335-113451-207512.aspx |
| Handgun "80%" Lower Receiver NFO | Primary Arms | https://www.primaryarms.com/polymer-80-pfc9-serialized-glock-19-compact-frame-fde?avad=211021_a22ab6ee1 |
| Handgun "80%" Lower Receiver NFO | Right To Bear | https://www.righttobear.com/Polymer80-308-80-Lower-Receiver-Jig-OD-Green-p/p80-308kit-odgreen.htm?Click=64422 |
| Handgun "80%" Lower Receiver NFO | Arm or Ally | https://www.armorally.com/shop/polymer80-pf45-pistol-frame-kit/ |
| Handgun "80%" Lower Receiver NFO | MMC Armory | https://mmcarmory.com/micro-conversion-kit-fde-for-poly80-poly80-80-frame-kit.html |
| Handgun "80%" Lower Receiver NFO | Delta Team Tactical | https://www.deltateamtactical.com/Polymer-80-PF940C-80-Compact-Pistol-Frame-Kit--Black--Fits-All-Gen-3-Glock-19-23-Newest-Gen-II-Better-Aggressive-Texture-ADD-TO-CART-DISCOUNT_p_26174.html |
| Handgun "80%" Lower Receiver NFO | Omega Tactical Distribution | https://www.omegamanufacturinginc.com/Special-Buy--Polymer-80-PF940C-80-Compact-Pistol-Frame-Kit--Black--Fits-All-Gen-3-Glock-19-23-Newest-Gen-II-Better-Aggressive-Texture_p_19051.html |
| Handgun "80%" Lower Receiver NFO | Botach | https://botach.com/polymer80-glock-compatible-frame-kit/?avad=211021_e22aa8415 |
| Handgun "80%" Lower Receiver NFO | Mid State Firearms | https://www.midwayusa.com/product/1018339425 |
| Handgun "80%" Lower Receiver NFO | Karri's Guns | https://karrisguns.com/polymer-80-pf940v2-fullsize-80-frame-and-lower-parts-kit-w-burnt-bronze-cerakote-control-parts.html |
| Handgun "80%" Lower Receiver NFO | Davidson Defense | https://davidsondefense.com/dd-diy-pistol-kits-g17-frame-glock-mount.html |
| Handgun "80%" Lower Receiver NFO | Durkin Tactical | https://www.durkintactical.com/product/pf320ptex-grip-module-black/ |
| Handgun "80%" Lower Receiver NFO | Arm or Ally | https://www.armorally.com/shop/polymer80-pf940v2-pistol-frame-kit/ |
| Handgun "80%" Lower Receiver NFO | Wholesale Hunter | https://www.wholesalehunter.com/Product/Details/11230928?fs=1 |
| Handgun "80%" Lower Receiver NFO | Locked Loaded | https://lockedloaded.com/product/polymer80-p80pfc9blk-g1923-gen3-compatible-80-pistol-frame-polymer-black-serialized#product_detail |
| Handgun "80%" Lower Receiver NFO | Always Armed | https://alwaysarmed.com/polymer80-pf940cl-compact-longslide-frame/ |

| EXHIBIT 1 NON-FIREARM OBJECT / PREDECESSOR ITEM SURVEY | | |
|---|---|---|
| ITEM | MERCHANT | LINK TO PRODUCT |
| Handgun "80%" Lower Receiver NFO | KM Tactical | https://kmtactical.net/product/polymer-80-80-black-pistol-frame-kit-pf940cv1/ |
| Handgun "80%" Lower Receiver NFO | Rockey Brass | https://www.rockeybrass.com/Polymer-80-Glock-43-PF9SS-80-Single-Stack-Pistol-Frame-Kit_p_7562.html |
| Handgun "80%" Lower Receiver NFO | 3CR Tactical | https://3crtactical.com/product/9mm-polymer80-full-size-glock-19-frame-slide-barrel-builders-kit/ |
| Handgun "80%" Lower Receiver NFO | Ghost Firearms | https://www.ghostrifles.com/polymer80-pf940c-80-compact-frame-black/ |
| Handgun "80%" Lower Receiver NFO | Rainier Arms | https://www.rainierarms.com/polymer80-pf45-80-full-size-pistol-textured-frame-kit-for-glock-20-21-black/ |
| Handgun "80%" Lower Receiver NFO | Boogaloo Supply | https://www.boogaloosupply.com/product/polymer-80-pf940c-80-compact-pistol-frame-kit-fde/ |
| Handgun "80%" Lower Receiver NFO | 80% Arms | https://www.80percentarms.com/products/gst-9-pistol-frame/ |
| Handgun "80%" Lower Receiver NFO | KM Tactical | https://kmtactical.net/product/polymer-80-80-black-pistol-frame-kit-pf940cv1/ |
| Handgun "80%" Lower Receiver NFO | Mag Commander | https://magcommander.com/polymer80-pf940cv1-80-compact-pistol-frame-kit-glock-19-23-32-compatible-black/ |
| 3D Printer | Creality | https://www.creality3dofficial.com/products/official-creality-ender-3-3d-printer |
| CNC Mill | Defense Distributed | https://ghostgunner.net/product/ghost-gunner-3-deposit/ |