| | |
|---|---|
| THE O'MARA LAW FIRM, P.C.<br>DAVID C. OMARA<br>(Nevada Bar No. 8599)<br>311 East Liberty Street<br>Reno, NV 89501<br>P: (775) 323-1321<br>F: (775) 323-4082<br>E: david@omaralaw.net<br><br>FIREARMS POLICY COALITION<br>ADAM KRAUT*<br>WILLIAM SACK*<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814<br>P: (916) 596-3492<br>E: akraut@fpclaw.org<br>E: wsack@fpclaw.org | THE DIGUISEPPE LAW FIRM, P.C.<br>RAYMOND M. DIGUISEPPE*<br>4320 Southport-Supply Road<br>Suite 300<br>Southport, NC 28461<br>P: 910-713-8804<br>E: law.rmd@gmail.com<br><br><br>*Admitted PHV |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*,<br><br>  Defendants. | Case No.:  3:21-cv-00268-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

On July 6, 2021, Stephen Sisolak, Aaron D. Ford, George Togliatti, and Mindy McKay (collectively, the "State Defendants") filed a Motion to Dismiss the Complaint under FRCP 12(B)(6). (ECF No. 34.)  Plaintiffs, and Defendants, by and through their undersigned counsel, hereby submit this stipulation and proposed order extending the deadline to file the response to Defendants' Motion to Dismiss. This is the first Stipulation for Extension of time.

Since July 6, 2021, the Parties have been preoccupied with briefing and arguing Plaintiffs' Motion for Preliminary Injunction, which culminated with the hearing on the motion this past Friday, the 16th, *see* ECF Nos. 6, 25, 28, 31 and 40-45, essentially leaving only one business day (today) in which to prepare a response to Defendants' Motion to Dismiss before the current due date

- 1 -

of the 20th. Further, Plaintiffs' counsel must balance this work with multiple additional time-sensitive obligations in other cases over the next couple of weeks. Thus, while Plaintiffs will continue to work diligently on this matter and without any unnecessary delay so as to facilitate expedited handling of the proceedings as much as practicable, additional time is necessary to ensure an adequate opportunity for Plaintiffs to prepare and timely file a complete and comprehensive response that best assists the Court in resolving the issues presented in Defendants' Motion.

To that end, the Parties have agreed to an extension of the deadline for Plaintiffs' response so that it will be due 14 calendar days from the date this Court issues its ruling on Plaintiffs' Motion for Preliminary Injunction but in any event no later than Friday, August 13, 2021, to ensure continued progress on an expedited basis.

DATED:  July 19, 2021.

| | |
|---|---|
| MARQUIS AURBACH COFFING | THE O'MARA LAW FIRM, P.C. |
| /s/ Nicholas D. Crosby | /s/ David C. O'Mara |
| Nicholas D. Crosby, Esq.<br>1001 Park Run Drive<br>Las Vegas, Nevada 89145 | David C. O'Mara, Esq.<br>311 E. Liberty Street<br>Reno, NV 89501 |
| *Counsel for Defendant Lombardo and Wolfson* | FIREARMS POLICY COALITION<br>Adam Kraut, Esq.<br>William Sack, Esq.<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | |
| /s/ Steven Shevorski | THE DIGUISEPPE LAW FIRM<br>Raymond M. DiGuiseppe<br>4320 Southport-Supply Road<br>Ste 300<br>Southport, NV 28461 |
| Steven Shevorski, Esq.,<br>555 E. Washington Street<br>Ste 3900<br>Las Vegas, Nevada 89101 | |
| *Attorneys for Defendants Sisolak, Ford, Togliatti and McKay* | *Attorneys for Plaintiffs* |
| DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE | |
| /s/ Zachary J. Wadle | |
| Zachary J. Wadle<br>1038 Buckeye Road<br>P.O. Box 218<br>Minden, Nevada 89423 | |
| *Attorney for Defendants Coverly and Jackson* | |

**ORDER**

IT IS SO ORDERED

DATED: July ____, 2021

_____
US MAGISTRATE JUDGE