AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Jeffrey M. Conner (Bar No. 11543)
  Deputy Solicitor General
Kiel B. Ireland (Bar No. 15368C)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for State Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER; CHAD MOXLEY; and FIREARMS POLICY COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada, Department of Public Safety; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; STEVEN WOLFSON, District Attorney of Clark County, Nevada; DANIEL COVERLEY, Sheriff of Douglas County, Nevada; and, MARK JACKSON, District Attorney of Douglas County, Nevada,<br><br>Defendants. | Case No.  3:21-cv-00268-MMD-WGC<br><br><br>**STIPULATION AND ORDER TO EXTEND STATE DEFENDANTS' DEADLINE TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS (FIRST REQUEST)** |

It is stipulated by and between the parties in the above-entitled matter, by and through counsel, that:

. . .

. . .

1. The current deadline for Defendants Stephen Sisolak, Aaron Ford, George Togliatti and Mindy McKay (collectively, the "State Defendants") to file their reply to Plaintiffs' response to the motion to dismiss (the "reply") is August 16, 2021.

2. This is the parties' first stipulation for an extension of time for the State Defendants to file the reply.

3. The reasons for this extension include the State Defendants' multiple court-mandated obligations in other cases on August 13 and August 16 and personal conflicts the weekend of August 14 and 15.

4. The State Defendants' time to file the reply will be extended seven days to August 23, 2021.

DATED this 13th day of August, 2021.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | DOUGLAS COUNTY DISTRICT<br>ATTORNEY'S OFFICE |
| By: _/s/ Kiel B. Ireland_<br>    Steve Shevorski (Bar No. 8256)<br>    Chief Litigation Counsel<br>    Jeffrey M. Conner (Bar No. 11543)<br>    Deputy Solicitor General<br>    Kiel B. Ireland (Bar No. 15368C)<br>    Deputy Attorney General<br>    *Attorneys for State Defendants* | By: _/s/ Zachary J. Wadle_<br>    Zachary J. Wadle<br>    *Attorneys for Defendants*<br>    *Coverley and Jackson*<br><br>THE DIGUISEPPE LAW FIRM<br><br>By: _/s/ Raymond M. DiGuiseppe_<br>    Raymond M. DiGuiseppe |
| MARQUIS AURBACH COFFING<br><br>By: _/s/ Nicholas D. Crosby_<br>    Nicholas D. Crosby<br>    *Attorneys for Defendants*<br>    *Lombardo and Wolfson* | FIREARMS POLICY COALITION<br>Adam Kraut<br>William Sack<br><br>THE O'MARA LAW FIRM, P.C.<br>David C. O'Mara<br><br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE