| | |
|---|---|
| THE O'MARA LAW FIRM, P.C.<br>DAVID C. OMARA<br>(Nevada Bar No. 8599)<br>311 East Liberty Street<br>Reno, NV 89501<br>P: (775) 323-1321<br>F: (775) 323-4082<br>E: david@omaralaw.net | THE DIGUISEPPE LAW FIRM, P.C.<br>RAYMOND M. DIGUISEPPE*<br>4320 Southport-Supply Road<br>Suite 300<br>Southport, NC 28461<br>P: 910-713-8804<br>E: law.rmd@gmail.com |
| FIREARMS POLICY COALITION<br>ADAM KRAUT*<br>WILLIAM SACK*<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814<br>P: (916) 596-3492<br>E: akraut@fpclaw.org<br>E: wsack@fpclaw.org | *Admitted PHV |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*,<br><br>  Defendants. | Case No.: 3:21-cv-00268-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

  Plaintiffs, and Defendants, by and through their undersigned counsel, hereby submit this stipulation and proposed order extending the deadline for Plaintiffs to file their Opposition to the Motion to Dismiss. This is the first Stipulation for Extension of time regarding this pending motion. On August 8, 2021, the Douglas Defendants filed a motion to dismiss the complaint. ECF No. 52. Plaintiffs' opposition is due Monday, August 23, 2021.

  Plaintiffs and Defendants Lombardo and Wolfson ("Clark County Defendants") and Coverly and Jackson ("Douglas Defendants) have been in negotiations with each other to see if there is a possible resolution that would resolve the litigation as to only the Clark and Douglas Defendants.

Thus, a short extension to allow these parties to discuss a stipulated resolution is necessary so that further briefing might be avoided.

IT IS HEREBY STIPULATED AND AGREED that the Parties request the deadline for the opposition, currently due on Monday, August 23, 2021, be extended to August 30, 2021.

DATED: August 23, 2021.

| | |
|---|---|
| MARQUIS AURBACH COFFING | THE O'MARA LAW FIRM, P.C. |
| /s/ Nicholas D. Crosby | /s/ David C. O'Mara |
| Nicholas D. Crosby, Esq. | David C. O'Mara, Esq. |
| 1001 Park Run Drive | 311 E. Liberty Street |
| Las Vegas, Nevada 89145 | Reno, NV 89501 |
| *Counsel for Defendant Lombardo and Wolfson* | FIREARMS POLICY COALITION |
| | Adam Kraut, Esq. |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | William Sack, Esq. |
| | 1215 K Street, 17th Floor |
| /s/ Steven Shevorski | Sacramento, CA 95814 |
| Steven Shevorski, Esq., | THE DIGUISEPPE LAW FIRM |
| 555 E. Washington Street | Raymond M. DiGuiseppe |
| Ste 3900 | 4320 Southport-Supply Road |
| Las Vegas, Nevada 89101 | Ste 300 |
| | Southport, NV 28461 |
| *Attorneys for Defendants Sisolak, Ford, Togliatti and McKay* | *Attorneys for Plaintiffs* |
| DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE | |
| /s/ Zachary J. Wadle | |
| Zachary J. Wadle | |
| 1038 Buckeye Road | |
| P.O. Box 218 | |
| Minden, Nevada 89423 | |
| *Attorney for Defendants Coverly and Jackson* | |

**ORDER**

IT IS SO ORDERED

DATED THIS 24th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE