**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROGER PALMER, et al., | ) | 3:21-cv-00268-MMD-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 25, 2021 |
| | ) | |
| STEPHEN SISOLAK, in his official capacity as | ) | |
| Governor of Nevada, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiffs' Discovery Plan and Scheduling Order (ECF No. 59).

In light of Chief District Judge Miranda M. Du's order denying Plaintiffs' Motion for Preliminary Injunction (ECF No. 51) and Defendants' Motions to Dismiss (ECF Nos. 34 and 52), the court declines to enter a Scheduling Order at this time.  Once Chief District Judge Du issues a ruling on Defendants' Motions to Dismiss (ECF Nos. 34 and 52), and depending on the outcome of those motions, the court will order the parties to submit their proposed Discovery Plan and Scheduling Order, if necessary.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/
Deputy Clerk