1  **Marquis Aurbach Coffing**
   Nick D. Crosby, Esq.
2  Nevada Bar No. 8996
   10001 Park Run Drive
3  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
4  Facsimile: (702) 382-5816
   ncrosby@maclaw.com
5  *Attorneys for Defendant,*
   *Joseph Lombardo and*
6  *Steven Wolfson*

7                **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF NEVADA**

9  ROGER PALMER; CHAD MOXLEY;          Case Number:  3:21-cv-00268-MMD-WGC
   and, FIREARMS POLICY COALITION,
10 INC.,
                                        **STIPULATION AND ORDER FOR**
11                    Plaintiffs,        **DISMISSAL WITH PREJUDICE**

12       vs.

13 STEPHEN SISOLAK, Governor of Nevada;
   AARON FORD, Attorney General of
14 Nevada; GEORGE TOGLIATTI, Director of
   the Nevada Department of Public Safety;
15 MINDY MCKAY, Administrator of the
   Records, Communications and Compliance
16 Division of the Nevada Department of Public
   Safety; JOSEPH LOMBARDO, Sheriff of
17 Clark County, Nevada; STEVEN
   WOLFSON, District Attorney of Clark
18 County, Nevada; DANIEL COVERLEY,
   Sheriff of Douglas County, Nevada; and
19 MARK JACKSON, District Attorney of
   Douglas County, Nevada,
20
                      Defendants.
21

22       Defendant Joseph Lombardo, Sheriff of Clark County, Nevada ("Lombardo"), and

23 Defendant Steven Wolfson, District Attorney of Clark County ("Wolfson") (collectively "Clark

24 County Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq., with the law

25 firm of Marquis Aurbach Coffing; Daniel Coverley, Sheriff of Douglas County, Nevada

26 ("Coverley"), and Mark Jackson, District Attorney of Douglas County, Nevada ("Jackson")

27 (collectively "Douglas County Defendants"), by and through their counsel of record, Zachary J.

28 Wadle, Esq., with the Douglas County District Attorney's Office; and Plaintiffs Roger Palmer,

                              Page 1 of 4

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Chad Moxley and Firearms Policy Coalition, Inc. (collectively "Plaintiffs"), by and through their attorneys of record, David C. Omara, Esq., of The O'Mara Law Firm, P.C., Raymond M. DiGuiseppe, Esq, of The DiGuiseppe Law Firm, P.C., and Adam Kraut and William Sack, of the Firearms Policy Coalition, hereby stipulate and agree as follows:

1. All claims asserted by Plaintiffs against the Clark County Defendants and the Douglas County Defendants in the above-entitled action shall be dismissed with prejudice as to the Clark County Defendants and Douglas County Defendants.

2. The Plaintiffs, Clark County Defendants and Douglas County Defendants shall each bear their own attorney's fees and costs and shall not be subject to any award of attorney's fees, costs or damages arising from the above-entitled action.

3. The Clark County Defendants and the Douglas County Defendants will be subject to and shall abide by any injunction, declaratory relief granted or order of the United States District Court for the District of Nevada regarding the constitutionality or enforceability of Nevada Assembly Bill 286 (2021 Session) issued in the above-entitled action, provided, however, these Defendants shall not be liable for any damages ordered in any such decree, order, or judgment, including any award of attorney's fees or costs.

///
///
///
///
///
///
///
///
///
///
///

MAC:14687-369 4454004_2 8/27/2021 11:30 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

4.    Plaintiffs, through their counsel of record, shall immediately, or as soon as reasonably possible, notify the Clark County Defendants and the Douglas County Defendants of any order, injunction or decree or modification of any such order, injunction or decree regarding the constitutionality or enforceability of Nevada Assembly Bill 286 (2021 Session) issued in the above-entitled action.

Dated this 27th day of August, 2021.

**MARQUIS AURBACH COFFING**

By: /s/ Nick D. Crosby, Esq.
    Nick D. Crosby, Esq.
    Nevada Bar No. 8998
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendant,*
    *Joseph Lombardo, Sheriff of Clark*
    *County, Nevada and Steven Wolfson,*
    *Clark County District Attorney*

Dated this 27th day of August, 2021.

**THE O'MARA LAW FIRM, P.C.**

By: /s/ David O'Mara, Esq.
    David C. Omara, Esq
    Nevada Bar No. 8599
    311 East Liberty Street
    Reno, Nevada 89501
    *Attorneys for Plaintiffs*

**THE DIGUISEPPE LAW FIRM, P.C.**

By: /s/ Raymond M. DiGuiseppe, Esq.
    Raymond M. DiGuiseppe, Esq
    *Admitted PHV*
    4320 Southport-Supply Road, # 300
    Southport, NC 28461
    *Attorneys for Plaintiffs*

Dated this 27th day of August, 2021.

**DOUGLAS COUNTY DISTRICT ATTORNEY**

By: /s/ Zachary J. Wadle, Esq.
    Zachary J. Wadle, Esq. (Deputy D.A.)
    Nevada Bar No. 8711
    1038 Buckeye Road
    P.O. Box 218
    Minden, Nevada 89423
    *Attorneys for Douglas County*
    *Defendants, Daniel Coverley, Sheriff of*
    *Douglas County, Nevada and Mark*
    *Jackson, District Attorney of Douglas*
    *County, Nevada.*

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4454004_2 8/27/2021 11:30 AM

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED.

3      Dated this _27th_ day of _____August_____, 2021.

4

5

6                                    DISTRICT COURT JUDGE

7   Submitted by:

8   MARQUIS AURBACH COFFING

9

10  By: _/s/ Nick D. Crosby, Esq._____
       Nick D. Crosby, Esq.
11     Nevada Bar No. 8998
       10001 Park Run Drive
12     Las Vegas, Nevada 89145
       *Attorneys for Defendant,*
13     *Joseph Lombardo, Sheriff of Clark*
       *County, Nevada and Steven Wolfson,*
14     *Clark County District Attorney*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-369 4454004_2 8/27/2021 11:30 AM