AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF    NEVADA

ROGER PALMER, *et al.*,

    Plaintiff,

V.

STEPHEN SISOLAK, *et al.*,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:21-cv-00268-MMD-CSD

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 XX  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendants' motion to dismiss the complaint is granted.

    March 30, 2022

    **DEBRA K. KEMPI**
    Clerk

    /s/ Lia Griffin
    Deputy Clerk