THE O'MARA LAW FIRM, P.C.　　　FIREARMS POLICY COALITION
DAVID C. OMARA　　　　　　　　ADAM KRAUT*
(Nevada Bar No. 8599)　　　　　　WILLIAM SACK*
311 East Liberty Street　　　　　　1215 K Street, 17th Floor
Reno, NV 89501　　　　　　　　　Sacramento, CA 95814
P: (775) 323-1321　　　　　　　　P: (916) 596-3492
F: (775) 323-4082　　　　　　　　E: akraut@fpclaw.org
E: david@omaralaw.net　　　　　　E: wsack@fpclaw.org

THE DiGUISEPPE LAW FIRM, P.C.
RAYMOND M. DiGUISEPPE*　　　*Admitted Pro Hac Vice
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER; CHAD MOXLEY; and, FIREARMS POLICY COALITION, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>STEVE SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; and MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada, Department of Public Safety,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00268 |

# **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the above-named Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered on March 29, 2022 (ECF Doc. 65) and the related Judgment entered on March 30, 2022 (ECF Doc. 66). A copy of the Order and Judgment are attached as Exhibits 1 and 2 respectively.

Dated: April 28, 2022

/s/ *David C. O'Mara*
David C. O'Mara

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, David C. O'Mara, hereby certify that I served a copy of the *Notice of Appeal* and *Representation Statement* through the Court's ECF system to all registered users.

Dated: April 28, 2022

By:

/s/ *David C. O'Mara*

David C. O'Mara
The O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501

**INDEX OF EXHIBITS**

| Exh No | Description | Pages |
|--------|-------------|-------|
| 1 | Order; ECF No. 65 | 16 |
| 2 | Judgment; ECF No. 66 | 1 |