THE O'MARA LAW FIRM, P.C.  
DAVID C. OMARA  
(Nevada Bar No. 8599)  
311 East Liberty Street  
Reno, NV 89501  
P: (775) 323-1321  
F: (775) 323-4082  
E: david@omaralaw.net  

FIREARMS POLICY COALITION  
ADAM KRAUT*  
WILLIAM SACK*  
1215 K Street, 17th Floor  
Sacramento, CA 95814  
P: (916) 596-3492  
E: akraut@fpclaw.org  
E: wsack@fpclaw.org  

THE DiGUISEPPE LAW FIRM, P.C.  
RAYMOND M. DiGUISEPPE*          *Admitted Pro Hac Vice
4320 Southport-Supply Road, Suite 300  
Southport, NC 28461  
P: 910-713-8804  
E: law.rmd@gmail.com  

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER; CHAD MOXLEY; and, FIREARMS POLICY COALITION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>STEPHEN SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; and MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada, Department of Public Safety, <br><br>Defendants. | Case No. 3:21-cv-00268 |

# REPRESENTATION STATEMENT

The following identifies the parties and their respective counsel:

## PLAINTIFFS:

ROGER PALMER, CHAD MOXLEY, and FIREARMS POLICY COALIATION, INC.

## PLAINTIFFS' COUNSEL:

| | |
|---|---|
| **David C. O'Mara** | **Adam Kraut*** |
| The O'Mara Law Firm, P.C. | **William Sack*** |
| (Nevada Bar No. 8599) | Firearms Policy Coalition, Inc. |
| 311 East Liberty Street | 1215 K Street, 17th Floor |
| Reno, NV 89501 | Sacramento, CA 95814 |
| P: (775) 323-1321 | P: (916) 596-3492 |
| F: (775) 323-4082 | E: akraut@fpclaw.org |
| E: david@omaralaw.net | E: wsack@fpclaw.org |

**Raymond M. DiGuiseppe*** *Admitted Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

## DEFENDANTS

STEPHEN SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; and MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada, Department of Public Safety.

# DEFENDANTS' COUNSEL

**Steve Shevorski** (Bar No. 8256)
Chief Litigation Counsel
Nevada Attorney General's Office

**Jeffrey M. Conner** (Bar No. 11543)
Deputy Solicitor General
Nevada Attorney General's Office

**Kiel B. Ireland** (Bar No. 15368C)
Deputy Attorney General
Nevada Attorney General's Office

Nevada Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
jconner@ag.nv.gov
kireland@ag.nv.gov

Dated: April 28, 2022

/s/ *David C. O'Mara*
David C. O'Mara

Attorney for Plaintiffs

REPRESENTATION STATEMENT

# CERTIFICATE OF SERVICE

I, David C. O'Mara, hereby certify that I served a copy of the *Notice of Appeal* and *Representation Statement* through the Court's ECF system to all registered users.

Dated: April 28, 2022

By:

/s/ *David C. O'Mara*

David C. O'Mara
The O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501