UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number:    3:21-cv-00268

Court of Appeals Case Number:   22-15645

Case Caption:   Roger Palmer, et al. v. Stephen Sisolak, et al.

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 7.16.21 | 6 | Motion for Preliminary Injunction | Kathy French | No |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date:   June 3, 2022

   /s/ David C. O'Mara
Signature

   David C. O'Mara, Esq.
Print Name

   Roger Palmer
Appellant/Appellee

AO 435
(NVD Rev. 04/2021)
Read Instructions attached:

**United States District Court, District of Nevada**
**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Raymond M. DiGuiseppe | 910-713-8804 | 5/31/2022 |

**4. FIRM NAME**
The DiGuiseppe Law Firm, P.C.

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 4320 Southport-Supply Road, Suite 300 | Southport | NC | 28461 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 3:21-cv-00268 (9th Cir. No. 22-15645) | Hon. Miranda Du | 11. FROM July 16, 2021 | 12. TO   July 16, 2021 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Palmer, et al. v. Sisolka, et al. | 14. CITY  Reno | 15. STATE  NV |

**16. ORDER FOR**

☑ APPEAL ☐ NON-APPEAL ☐ CRIMINAL ☐ CIVIL ☐ BANKRUPTCY ☐ IN FORMA PAUPERIS ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested):

| | PORTIONS | DATE(S) | | PORTION(S) | DATE(S) |
|---|---|---|---|---|---|
| | VOIR DIRE | | | TESTIMONY (Specify witness) | |
| | OPENING STATEMENT (Plaintiff) | | | | |
| | OPENING STATEMENT (Defendant) | | | | |
| | CLOSING ARGUMENT (Plaintiff) | | ☑ | PRE-TRIAL PROCEEDING | July 16, 2021 |
| | CLOSING ARGUMENT (Defendant) | | | Hearing on PI Motion | |
| | OPINION OF COURT | | | | |
| | JURY INSTRUCTIONS | | | OTHER (Specify) | |
| | SENTENCING | | | | |
| | DETENTION HEARING | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY (30-DAY) | ☒ | | | PAPER COPY ☐ | |
| 14-DAY | | | | E-MAIL ☑ | |
| EXPEDITED (7-DAY) | | | | DISK ☐ | |
| 3-DAY | | | | PDF FORMAT ☐ | |
| DAILY | | | | ASCII FORMAT ☐ | |
| HOURLY | | | | KEYWORD INDEX ☐ | |
| REALTIME/ ROUGH | | | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**19. SIGNATURE**
*Raymond M. DiGuiseppe*

**20. DATE** 5/31/2022

**E-MAIL ADDRESS**
law.rmd@gmail.com

NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

**TRANSCRIPT TO BE PREPARED BY**
Kathy French

| ESTIMATE TOTAL | 0.00 |
|---|---|

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |