1  THE O'MARA LAW FIRM, P.C.
   DAVID C. OMARA
2  (Nevada Bar No. 8599)
   311 East Liberty Street
3  Reno, NV 89501
   P: (775) 323-1321
4  F: (775) 323-4082
   E: david@omaralaw.net
5
   THE DIGUISEPPE LAW FIRM, P.C.
6  RAYMOND M. DIGUISEPPE*          *Admitted PHV
   4320 Southport-Supply Road, Suite 300
7  Southport, NC 28461
   P: 910-713-8804
8  E: law.rmd@gmail.com

9  *Attorneys for Plaintiffs*

10              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
11

12 ROGER PALMER, *et al*.,                Case No.:  3:21-cv-00268-MMD-CSD

                       Plaintiffs,
13    v.                                   **NOTICE OF DISASSOCIATION
                                           OF COUNSEL**
14 STEPHEN SISOLAK, in his official        **(WILLIAM SACK, ESQ.)**
   capacity as Governor of Nevada, *et al*.,
15
                       Defendants.
16

17        Please take notice of William Sack, Esq., disassociation of counsel of record in this case. The

18 DiGuiseppe Law Firm, Raymond M. DiGuiseppe, Esq., and The O'Mara Law Firm, P.C., David C.

19 O'Mara, Esq., will remain counsel for Plaintiffs Roger Palmer, Chad Moxley and Firearms Policy

20 Coalition.

21 Dated: July 19, 2023                    THE O'MARA LAW FIRM, P.C.

22                                              /s/ David C. O'Mara

23                                           DAVID C. O'MARA, ESQ.
                                            311 E. Liberty Street
24                                          Reno, NV 89501
                                            Tel: 775.323.1321
25                                          david@omaralaw.net

26

27

28

1   THE DIGUISEPPE LAW FIRM, P.C.
    RAYMOND M. DIGUISEPPE
2   4320 Southport-Supply Road, Ste 300
    Southport, NC 28461
3   910.713.8804
    Law.rmd@gmail.com
4
    *Attorneys for Plaintiffs*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISASSOCIATION OF COUNSEL

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that I am an employee of The O'Mara Law Firm, P.C. and on this date, the

3  foregoing document was filed electronically *via* the Court's ECF system which provided notification

4  of such filing to counsel of record for all parties.

5  Dated: July 19, 2023                                    /s/ Bryan Snyder
                                                                    BRYAN SNYDER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISASSOCIATION OF COUNSEL