THE O'MARA LAW FIRM, P.C.
DAVID C. OMARA
(Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
P: (775) 323-1321
F: (775) 323-4082
E: david@omaralaw.net

THE DIGUISEPPE LAW FIRM, P.C.
RAYMOND M. DIGUISEPPE*          *Admitted PHV
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER, *et al.*, | Case No.: 3:21-cv-00268-MMD-CSD |
| Plaintiffs, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| STEPHEN SISOLAK, in his official capacity as Governor of Nevada, *et al.*, | **(ADAM KRAUT, ESQ.)** |
| Defendants. | |

Please take notice of Adam Kraut, Esq., disassociation of counsel of record in this case. The DiGuiseppe Law Firm, Raymond M. DiGuiseppe, Esq., and The O'Mara Law Firm, P.C., David C. O'Mara, Esq., will remain counsel for Plaintiffs Roger Palmer, Chad Moxley and Firearms Policy Coalition.

Dated: July 19, 2023

THE O'MARA LAW FIRM, P.C.

/s/ David C. O'Mara
DAVID C. O'MARA, ESQ.
311 E. Liberty Street
Reno, NV 89501
Tel: 775.323.1321
david@omaralaw.net

| | |
|---|---|
| 1 | THE DIGUISEPPE LAW FIRM, P.C. |
| 2 | RAYMOND M. DIGUISEPPE |
|   | 4320 Southport-Supply Road, Ste 300 |
| 3 | Southport, NC 28461 |
|   | 910.713.8804 |
| 4 | Law.rmd@gmail.com |
| 5 | *Attorneys for Plaintiffs* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

    I hereby certify that I am an employee of The O'Mara Law Firm, P.C. and on this date, the foregoing document was filed electronically *via* the Court's ECF system which provided notification of such filing to counsel of record for all parties.

Dated: July 19, 2023

                                          /s/ Bryan Snyder
                                         BRYAN SNYDER