AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 014781)
  Deputy Attorney General
Kiel B. Ireland (Bar No. 015368)
  Deputy Solicitor General
Office of the Attorney General
State of Nevada
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER; CHAD MOXLEY; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada, Department of Public Safety;<br><br>Defendants. | Case No. 3:21-cv-00268-MMD-CSD<br><br>**JOINT STATUS REPORT** |

On July 21, 2023, counsel for Plaintiffs and counsel for Defendants met and conferred to discuss how best to develop the factual and historical record in this case as discussed in the Ninth Circuit's Order. The Parties believe the following process would be sufficient to develop such a record: fact discovery (written discovery and fact witness depositions); expert discovery (as either party may deem necessary); briefing of the parties in which each side proposes a set of findings based on the record developed; and, if the Court desires, a hearing at which the parties present further argument and/or address

further questions of the Court in resolving the matter. The parties accordingly propose the following deadlines:

| Event | Deadline |
| --- | --- |
| Close of fact discovery | 90 days from the Court's order establishing the specific discovery plan |
| Initial expert disclosures due (if any) | 30 days from close of fact discovery |
| Rebuttal expert disclosures due (if any) | 30 days from initial disclosure deadline |
| Close of expert discovery (if any)[1] | 30 days from rebuttal disclosure deadline |
| Parties' Proposed Findings of Fact due | 30 days from close of expert discovery[2] |

The Parties are amenable to appearing before the Court for a status conference if the Court would find it helpful in setting the parameters of the discovery and briefing period.

DATED this 24th day of July, 2023.

| | |
| --- | --- |
| AARON D. FORD<br>Attorney General | THE DiGUISEPPE LAW FIRM |
| By: */s/ Jessica E. Whelan*<br>    Jessica E. Whelan (Bar No. 14781)<br>      Deputy Attorney General<br>    Kiel B. Ireland (Bar No. 15368)<br>      Deputy Solicitor General<br><br>*Attorneys for State Defendants* | By: */s/ Raymond M. DiGuiseppe*<br>    Raymond M. DiGuiseppe<br>    4320 Southport-Supply Road<br>    Suite 300<br>    Southport, NC 28461<br><br>*Attorneys for Plaintiffs* |

---

[1] The Parties anticipate taking expert witness depositions, if any, within the thirty (30) days following rebuttal expert disclosures.

[2] Should the Parties forego expert discovery, proposed findings of fact will be due thirty (30) days from close of fact discovery.