AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 014781)
  Deputy Attorney General
Kiel B. Ireland (Bar No. 015368)
  Deputy Solicitor General
Office of the Attorney General
State of Nevada
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
kireland@ag.nv.gov
*Attorneys for State Defendants*

THE O'MARA LAW FIRM, P.C.
David C. O'Mara
(Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
(775) 323-1321 (phone)
(775) 323-4082 (fax)
E: david@omaralaw.net

THE DiGUISEPPE LAW FIRM, P.C.
Raymond M. DiGuiseppe*
116 N. Howe Street, Suite A
Southport, NC 28461
(910) 713-8804 (phone)
(910) 672-7705 (fax)
law.rmd@gmail.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER PALMER; CHAD MOXLEY; and FIREARMS POLICY COALITION, INC.<br><br>                Plaintiffs,<br>vs.<br><br>STEPHEN SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada, Department of Public Safety;<br><br>                Defendants. | Case No.  3:21-cv-00268-MMD-WGC<br><br>**JOINT STIPULATION TO REQUEST STATUS CONFERENCE REGARDING REMAND ORDER** |

      The Ninth Circuit ordered a limited remand of this case to the Court on May 26, 2023, with directions that the Court conduct the proceedings necessary to make the factual findings specified in the remand order for purposes of aiding in the Ninth Circuit's resolution of the claims in the appeal pending before it. *Palmer v. Sisolak*, 9th Cir. Case No. 22-15645, Dkt. No. 37. The order stated that the Court "shall make these findings at its earliest convenience." *Id.* at 3. On June 22, 2023, the Court ordered the parties to file a

joint status report that "proposes a series of next steps in this case that will develop the factual and historical record on the Second Amendment issue to resolution in line with the Ninth Circuit's order." Dkt. No. 73 at 2. The parties did so on July 24, 2023, proposing a schedule of fact discovery (written discovery and fact witness depositions), expert discovery (as either party may deem necessary), briefing of the parties in which each side proposes a set of findings based on the record developed, and, if the Court desires, a hearing at which the parties present further argument and/or address further questions of the Court. Dkt. No. 79. The joint status report further stated that "the Parties are amenable to appearing before the Court for a status conference if the Court would find it helpful in setting the parameters of the discovery and briefing period." *Id.* at 2. To that end, the parties jointly stipulate to requesting a status conference to finalize and begin implementing the process necessary to address the issues on which the Ninth Circuit has ordered findings be made.

DATED this 1st day of December , 2023.

THE O'MARA LAW FIRM, P.C
By: /s/ David C. O'Mara
David C. O'Mara
Bar No. 8599
*Attorneys for Plaintiffs*

ATTORNEY GENERAL
By:  /s/ Jessica E. Whelan
Jessica E. Whelan (Bar No. 014781)
Deputy Attorney General
Kiel B. Ireland (Bar No. 015368)
Deputy Solicitor General
*Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system on the 1st day of December, 2023. I further certify that the participants in this case are registered electronic filing systems users and will be served electronically.

By: /s/ Bryan Snyder
Bryan Snyder