UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER, et al., | ) |
| | ) CASE NO. 3:21-cv-00268-MMD-CSD |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| STEPHEN SISOLAK, et al., | ) MINUTES OF PROCEEDINGS |
| | ) |
| Defendants. | ) |
| | ) DATED: December 21, 2023 |

PRESENT:  <u>THE HONORABLE CRAIG S. DENNEY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFFS:   Raymond DiGuiseppe, Esq. and David O'Mara, Esq.

COUNSEL FOR DEFENDANTS:   Jessica Whelan, Esq.

**MINUTES OF PROCEEDINGS:   VIRTUAL STATUS CONFERENCE**

10:49 a.m. Court convenes.

The Court addresses the parties regarding the purpose of the hearing and notes review of District Judge Du's Order (ECF No. 73), the parties' Joint Status Report (ECF No. 79) and Joint Stipulation (ECF No. 80).

The Court hears from Mr. DiGuiseppe and Ms. Whelan regarding the proposed dates outlined in the Joint Status Report (ECF No. 79).

The Court sets the following fact discovery deadlines:

| | |
|---|---|
| Fact Discovery Cut-off: | **March 20, 2024** |
| Initial Expert Disclosure: | **April 19, 2024** |
| Rebuttal Expert Disclosure: | **May 20, 2024** |
| Close of Expert Discovery: | **June 19, 2024** |

MINUTES OF PROCEEDINGS - 1

Parties' Proposed Findings of Fact
and Conclusion of Law:  **July 22, 2024**

The Court and parties discuss possible date for responsive briefs.  The Court states that additional briefing dates will not be issued at this time.

There being no additional matters to address at this time, court adjourns at 10:59 a.m.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: ____/s/_____
   Deputy Clerk

MINUTES OF PROCEEDINGS - 2