AARON D. FORD
  Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Deputy Solicitor General
CASEY QUINN (Bar No. 11248)
  Senior Deputy Solicitor General
IVA K. TODROVA (Bar No. 15827)
  Senior Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
cquinn@ag.nv.gov
itodorova@ag.nv.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER PALMER; CHAD MOXLEY; and FIREARMS POLICY COALITION, | Case No.  3:21-cv-00268-MMD-CSD |
| Plaintiffs, | |
| vs. | |
| STEPHEN SISOLAK, Governor of Nevada; AARON FORD, Attorney General of Nevada; GEORGE TOGLIATTI, Director of the Nevada Department of Public Safety; MINDY MCKAY, Administrator of the Records, Communications, and Compliance, Division of the Nevada Department of Public Safety; | **STIPULATION AND ORDER TO EXTEND THE PARTIES' PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW DEADLINE**<br><br>**(FIRST REQUEST)** |
| Defendants. | |

State Defendants Stephen Sisolak, Aaron Ford, George Togliatti, and Mindy McKay ("State Defendants"), by and through their counsel, and Plaintiffs, Roger Palmer, Chad Moxley, and Firearms Policy Coalition ("Plaintiffs"), by and through their counsel, hereby submit this Stipulation and Proposed Order Extending the Deadline to File the Parties' Proposed Findings of Fact and Conclusion of Law deadline. The Minute Order (ECF No. 82) issued by this Honorable Court on December 21, 2023, directed the parties in the above captioned matter to file the aforementioned Findings of Fact and Conclusion of Law on July

1

22, 2024. This is the First Stipulation for Extension of the Time to File the Parties' Proposed Findings of Fact and Conclusion of Law.

For good cause, the parties are seeking a short thirty (30) day extension in light of the recent Supreme Court of the United States' decision in *United States v. Rahimi*. The decision was issued on June 21, 2024, and revised on June 25, 2024. The parties require further time to adequately address *Rahimi* and its impact, if any, on the *Bruen* analysis and factual findings for which the Ninth Circuit remanded the matter to this Court.  The parties therefore seek to extend the current July 22, 2024, deadline to August 21, 2024, and respectfully submit, pursuant to Local Rule 26-3, good cause exists for the requested extension in light of the recent *Rahimi* decision. This request for an extension of time is not sought to delay the proceedings or for any improper purpose.

**IT IS HEREBY STIPULATED AND AGREED** that the parties' request the deadline for the Parties Proposed Findings of Fact and Conclusion of Law, currently due on July 22, 2024, be extended to August 21, 2024.

DATED this 17th day of July, 2024.

AARON D. FORD
Attorney General

By:*/s/ Iva K. Todorova*
     JESSICA E. WHELAN (Bar No. 14781)
      Deputy Solicitor General
     CASEY QUINN (Bar No. 11248)
      Senior Deputy Solicitor General
     IVA K. TODROVA (Bar No. 15827)
      Senior Deputy Attorney General
     *Attorneys for State Defendants*

THE DIGUISEPPE LAW FIRM

By:  */s/ Raymond M. DiGuiseppe*
     Raymond M. DiGuiseppe, Esq.
     FIREARMS POLICY COALITION
     Adam Kraut
     William Sack
     THE O'MARA LAW FIRM, P.C.
     David C. O'Mara, Esq.
     *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

2